## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

SPACECO BUSINESS SOLUTIONS, INC.    )
   )
          Plaintiff,    )
   )   Case No.: 1:12-CV-02029-RBJ
    v.    )
   )
MASS ENGINEERED DESIGN, INC.    )
   )
and    )
   )
JERRY MOSCOVITCH,    )
   )
          Defendants.    )

## DECLARATION OF RAY WILK

I, Raymond Wilk, declare and state as follows.

I am over the age of 18. I have personal knowledge of the facts set forth below, and if called upon to do so, could and would competently testify thereto:

1.     I have been employed at Mass Engineered Design, Inc. since October 14, 1997. My current title is Manager of Product Development.

**MASS's Contacts with Colorado**

2.     MASS is foreign corporation based in Ontario, Canada.

3.     MASS's principal place of business is in Toronto, Canada.

4.     MASS has never owned or maintained an office or facility in Colorado.

5.     MASS has no property located in Colorado.

6.     MASS is not registered to do business in Colorado.

7.     MASS has no employees located in Colorado.

8.     MASS has no relationships with sales agents or distributors in Colorado.

9.     MASS has not signed any agreements with Colorado residents or businesses.

10.    MASS operates a website (www.massedi.com) to advertise and sell its products.

11.     MASS's website is generally available on the Internet and is not directed to Colorado residents.

12.    All of MASS's past sales to Colorado were initiated by customers who contacted MASS by telephone or e-mail.

13.    Between 2005 and 2006, MASS made twelve sales to persons and companies located in Colorado, with an average sale price of $525.

14.    In 2005, Dell Computer sold five MASS products that it shipped to Colorado. Dell stopped selling MASS products to Colorado customers at the end of 2005.

15.    Between 2007 and 2008, MASS made only five sales to customers in Colorado, with an average sale price of $107.

16.    MASS made no sales to Colorado in 2009 and two sales in 2010 with an average sale price of $139.

17.     In 2011, MASS made only four sales to Colorado customers with an average sale price of $168, and MASS made just one sale to a Colorado customer in 2012.

18.    Between 2005 and 2012, MASS also repaired or replaced six MASS products under warranty with Colorado residents.  All repairs were done at MASS's place of business in Canada.

19.    On November 12, 2009, MASS and Jerry Moscovitch filed a complaint in the Eastern District of Texas against Plaintiff SpaceCo Business Solutions, Inc., and other parties alleging infringement of U.S. Patent No. RE 36,978 ("the patent-in-suit").  That case was titled

*Mass Engineered Design, Inc. et al., v. 9X Media, Inc., et al.,* Civ. No. 09-cv-358-JRG (E.D. Tex. filed Nov. 12, 2009).

20.     A true and correct copy of the original complaint in the action referenced in the previous paragraph is attached as Ex. 1, Def. MASS's Orig. Compl. in Civil Action No. 09-cv-358-JRG (E.D. Tex. filed Nov. 12, 2009).

21.     On August 6, 2012, the court dismissed without prejudice all claims by Plaintiff and all counterclaims by Defendants in the action referenced in Paragraph 13.

22.     MASS has communicated with Plaintiff providing it notice of MASS's allegations that Plaintiffs infringed the patent-in-suit.

23.     Between November 12, 2009 and August 6, 2012, MASS entered into licensing and settlement negotiations with Plaintiff with respect to the patent-in-suit.  Those negotiations were unsuccessful.

24.     MASS representatives did not travel to conduct the negotiations or make the communications described in the previous two paragraphs.

25.     MASS or Moscovitch never filed a suit in Colorado against Plaintiff.


I declare under penalty of Perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 28th, 2013     _____
                                   Raymond Wilk


Declaration of Raymond Wilk                                                    3
McKool 836133v1